IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD T. FARREN** )<br> )<br>   **Plaintiff,** )<br>vs. )<br> )<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC.** )<br>   and )<br>**TRANS UNION, LLC** )<br>   and )<br>**ANDERSON FINANCIAL NETWORK, INC.** )<br>   and )<br>**GMAC** )<br>   and )<br>**RJM ACQUISITIONS FUNDING, LLC** )<br> )<br>   **Defendants.** )<br>) | **Civil Action No. 04-995** |

**PLAINTIFF RICHARD T. FARREN'S RESPONSE IN OPPOSITION TO
DEFENDANT RJM ACQUISITIONS FUNDING, LLC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff, Richard T. Farren, through counsel, hereby opposes the Motion for Summary Judgment of RJM Acquisitions Funding, LLC. For the reasons set forth in the accompanying Memorandum of Law, which is incorporated by reference herein, the Motion should be denied in its entirety.

                                                **Respectfully submitted,**

                                                **FRANCIS & MAILMAN, P.C.**

                BY: _____
                        JAMES A. FRANCIS, ESQUIRE
                        MARK D. MAILMAN, ESQUIRE
                        JOHN SOUMILAS, ESQUIRE
                        Land Title Building, 19th Floor
                        100 South Broad Street
                        Philadelphia, PA 19110

Dated: May 20, 2005

(215) 735-8600
Attorneys for Plaintiff